| | |
|---|---|
| 1 | CECILY A. WATERMAN, State Bar No. 63502 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | One Market, Spear Street Tower |
| | San Francisco, CA 94105 |
| 3 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |
| 4 | |
| | Attorneys for Defendant |
| 5 | TRUE POSITION, INC. |
| 6 | STEPHEN DYE, State Bar No. 104385 |
| | SCHNADER, HARRISON, SEGAL & LEWIS LLP |
| 7 | One Montgomery Street, Suite 2200 |
| | San Francisco, CA 94101 |
| 8 | Tel: 415.364.6700 |
| 9 | Fax: 415.364.6785 |
| 10 | Attorney for Defendant, |
| | S.COM, INC. |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLADYS GUTIERREZ, | Case No. CV-07-5899 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| TRUE POSITION, INC., S.COM, INC., CHRIS LOPEZ, JAMES HUDGENS, JANSEN CRUZ PEREZ, CHRIS LAPHAM, and DOES 1 through 10, inclusive, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On November 26, 2007, I served the within document(s):

**DEFENDANTS' NOTICE OF REMOVAL;**

|   |   |
|---|---|
| 1 | **DEFENDANTS' NOTICE TO STATE COURT AND ADVERSE PARTY OF FILING OF REMOVAL OF ACTION [28 U.S.C. SECTION 1441];** |
| 2 |   |
| 3 | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;** |
| 4 |   |
| 5 | **STANDING ORDER OF JUDGE MARTIN J. JENKINS;** |
| 6 | **NOTICE OF ABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;** |
| 7 | **BLANK WAIVER OF SERVICE OF SUMMONS;** |
| 8 | **BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS;** |
| 9 |   |
| 10 | **ECF REGISTRATION INFORMATION HANDOUT;** |
| 11 | **WELCOME TO THE U.S. DISTRICT COURT.** |

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed U.S. MAIL envelope and affixing pre-paid postage, and causing the envelope to be delivered to a U.S. MAIL agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

///

///

///

///

Valerie Toohey O'Dell, Esq.
O'Dell & O'Dell, LLP
887 Island Drive, Suite 220c
Alameda, CA 94502
Tel: 510.814.3785
Fax: 510.814.3795
Email: odell.law@sbcglobal.net

*Attorneys for Plaintiff*
Gladys Gutierrez

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 26, 2007, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Narda Gaskell