STEPHEN H. DYE (State Bar No. 104385)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785

Attorneys for Defendant S.COM, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>TRUE POSITION, INC., ET AL.<br><br>Defendants. | Case No. CV-07-5899-MJJ-<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and

///
///
///
///
///

ADR CERTIFICATION BY PARTIES AND COUNSEL
*Gladys Guitierrez v. True Position, Inc., et al.* USDC-ND Case No. CV-07-05899-MJJ

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 31, 2008.

_____
David Petrevich
S. Com, Inc.

Dated: January 31, 2008.  SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Stephen H. Dye
Attorney for Defendant S. Com, Inc.

-2-

ADR CERTIFICATION BY PARTIES AND COUNSEL
*Gladys Guitierrez v. True Position, Inc., et al.* USDC-ND Case No. CV-07-05899-MJJ