MORGAN, LEWIS & BOCKIUS LLP
CECILY A. WATERMAN, State Bar No. 063502
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com

Attorney for Defendant
TRUE POSITION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLADYS GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>TRUE POSITION, INC., S.COM, INC., CHRIS LOPEZ, JAMES HUDGENS, JANSEN CRUZ PEREZ, CHRIS LAPHAM, and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No. CV 07-5899<br><br>**ADR CERTIFICATION BY TRUEPOSITION AND ITS COUNSEL** |

Pursuant to Northern District of California Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

| | | |
|---|---|---|
| 1 | Dated: February 5, 2008 | TRUEPOSITION, INC. |
| 2 | | By _____ |
| 3 | | |
| 4 | | Its EVP & GC |
| 5 | Dated: February __, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | | |
| 7 | | By _____ |
| 8 | | Cecily A. Waterman<br>Attorneys for Defendant<br>TRUEPOSITION, INC. |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7662428.1            2            Case No. CV 07-5899 MJJ
ADR CERTIFICATION BY DEFENDANT TRUEPOSITION, INC. AND ITS COUNSEL

| | | |
|---|---|---|
| 1 | Dated: February    , 2008 | TRUEPOSITION, INC. |
| 2 | | |
| 3 | | By _____ |
| 4 | | Its _____ |
| 5 | Dated: February 4, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | By /s/ Cecily A. Waterman |
| 8 | | Cecily A. Waterman<br>Attorneys for Defendant<br>TRUEPOSITION, INC. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7662428.1                    2                    Case No. CV 07-5899 MJJ

ADR CERTIFICATION BY DEFENDANT TRUEPOSITION, INC. AND ITS COUNSEL