UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gladys Gutierrez

        Plaintiff(s),

v.

True Position, Inc., et al.

        Defendant(s).

Case No. C 07-05899 MJJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/4/08

Dated: 2/4/08

s/ Gladys Guitterez
[Party]

s/ Valerie T. O'Dell
[Counsel]