MORGAN, LEWIS & BOCKIUS LLP
CECILY A. WATERMAN, State Bar No. 063502
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com

Attorneys for Defendant
TRUE POSITION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLADYS GUTIERREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>TRUE POSITION, INC., S.COM, INC., CHRIS LOPEZ, JAMES HUDGENS, JANSEN CRUZ PEREZ, CHRIS LAPHAM, and DOES 1 through 10, inclusive,,<br><br>            Defendant. | Case No. CV 07-5899<br><br>**DEFENDANT TRUE POSITION INC.'S CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Rule 3-16 of the Local Civil Rules for the United States District Court for the Northern District of California, the undersigned, counsel of record for Defendant TruePosition, Inc. hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7633481.1                                1

1  Liberty Media Corporation

2

3  Liberty Capital

4  Dated: February 19, 2008                    MORGAN, LEWIS & BOCKIUS LLP

5

6                                              By _____
7                                              Cecily A. Waterman
                                               Attorneys for Defendant
8                                              TruePosition, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7633481.1                              2

DEFENDANT TRUE POSITION'S CERTIFICATION OF INTERESTED PARTIES