STEPHEN H. DYE (State Bar No. 104385)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785

Attorneys for Defendant S.COM, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>TRUE POSITION, INC., ET AL.<br><br>Defendants. | Case No. CV-07-5899-CRB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for S.Com, Inc., certifies that S.Com, Inc.'s parent is Carlisle Group Limited, a UK company that trades on the London Stock Exchange. There are no other publicly-held corporations that hold more than 10% of S.Com, Inc.'s stock.

Dated: February 29, 2008          SCHNADER HARRISON SEGAL & LEWIS LLP

By _____
STEPHEN H. DYE
Attorneys for Defendant S.COM, INC.

CORPORATE DISCLOSURE STATEMENT
*Gladys Gutierrez v. True Position, Inc., et al.* USDC-ND Case No. CV-07-05899-CRB

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, One Montgomery Street, Suite 2200, San Francisco, California 94104-5501.

I caused to be served the following documents: CORPORATE DISCLOSURE STATEMENT

I caused the above documents to be served on each person on the attached list by the following means:

☐ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on, February 28, 2008, following the ordinary business practice; addressed as follows:
**SEE ATTACHED SERVICE LIST**

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on February 28, 2008, for guaranteed delivery on February 28, 2008 following the ordinary business practice.

☑ I consigned a true and correct copy of said document for electronic mail or facsimile transmission on February 28, 2008.

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery on February 28, 2008.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on February 28, 2008, at San Francisco, California.

*Rita Pritchard*
Rita Pritchard

-2-

*Gladys Gutierrez v. True Position, Inc., et al.* USDC-ND Case No. CV-07-05899-CRB

## Service List

| Valerie Toohey O'Dell, Esq.<br>O'Dell & O'Dell LLP<br>887 Island Drive, Suite 220-C<br>Alameda, CA 94502<br>T: 510-814-3785<br>F: 510-814-3795 | Cecily Ann Waterman, Esq.<br>Morgan, Lewis & Bockius LLP<br>One Market Plaza, Spear Street Tower<br>San Francisco, CA 94105<br>T: 415-442-1000<br>Email: cwaterman@morganlewis.com |

-3-

*Gladys Gutierrez v. True Position, Inc., et al.* USDC-ND Case No. CV-07-05899-CRB