1  VALERIE TOOHEY O'DELL (SBN 101999)
   JAMES R. O'DELL (SBN 181397)
2  O'DELL & O'DELL, LLP
   887 Island Drive, Suite 220C
3  Alameda, CA 94502
   Tel: 510.814.3785
4  Fax: 510.814.3795
   Email: valerie.odell@sbcglobal.net, jim.odell@sbcglobal.net
5
   Attorneys for Plaintiff
6  GLADYS GUTIERREZ

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 GLADYS GUTIERREZ,                     No.  C 07 05899 CRB

12        Plaintiff,

13 v.

14 TRUE POSITION et al.,                 ENTRY OF APPEARANCE
                                         OF JAMES R. O'DELL AS ADDITIONAL
15        Defendants.                    COUNSEL FOR PLAINTIFF

                                         Date: March 7,, 2008
16                                       Time: 8:30 a.m.
                                         Courtroom 8, 19th Floor
17 _                                     Honorable Charles R. Breyer, Presiding

18
        James R. O'Dell hereby enters his appearance as additional counsel for Plaintiff, Gladys
19
   Gutierrez.
20

21    DATED: 2/29/08

22

23                                       By: s/ James R. O'Dell
                                         O'Dell & O'Dell, LLP
24                                       Attorney for Plaintiff
                                         GLADYS GUTIERREZ
25

26

27

28