VALERIE TOOHEY O'DELL (SBN 101999)
JAMES R. O'DELL (SBN 181397)
O'DELL & O'DELL, LLP
887 Island Drive, Suite 220C
Alameda, CA 94502
Tel: 510.814.3785
Fax: 510.814.3795
Email: valerie.odell@sbcglobal.net, jim.odell@sbcglobal.net

Attorneys for Plaintiff
GLADYS GUTIERREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS GUTIERREZ,<br><br>          Plaintiff,<br><br>v.<br><br>TRUE POSITION et al.,<br><br>          Defendants. | No.   **C 07 05899 CRB**<br><br>————————————————<br><br>**PLAINTIFF'S CERTIFICATION OF<br>INTERESTED ENTITIES OR PERSONS** |

        Pursuant to Rule 3-16, the undersigned counsel for Plaintiff Gladys Gutierrez hereby

certifies that as of this date, other than the named parties, there is no such interest to report.

    DATED: 2/29/08

                                        By: s/ James R. O'Dell
                                        O'Dell & O'Dell, LLP
                                        Attorney for Plaintiff
                                        GLADYS GUTIERREZ