```
 1  VALERIE TOOHEY O'DELL SBN 101999
    JAMES R. O'DELL SBN 181397
 2  O'DELL & O'DELL
    887 Island Drive, Suite 220C
 3  Alameda, CA 94502
    Tel: 510.814.3785
 4  Fax: 510.814.3795

 5  Attorneys for Plaintiff
    GLADYS GUTIERREZ
 6
    CECILY A. WATERMAN, SBN 63502
 7  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
 8  San Francisco, CA 94105
    Tel: 415.442.1000
 9  Fax: 415.442.1001

10  Attorney for Defendant
    TRUE POSITION, INC.
11
    STEPHEN DYE, SBN 104385
12  SCHNADER, HARRISON, SEGAL & LEWIS LLP
    One Montgomery Street, Suite 2200
13  San Francisco, CA 94101
    Tel: 415.364.6700
14  Fax: 415.364.6785

15
    Attorney for Defendant,
16  S.COM, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLADYS GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TRUE POSITION, INC., S.COM, INC., CHRIS LOPEZ, JAMES HUDGENS, JANSEN CRUZ PEREZ, CHRIS LAPHAM, and DOES 1 through 10, inclusive,,<br><br>    Defendant. | Case No. CV-07-05899 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE DATE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7672280.1

STIP. AND [PROP.] ORDER RE: CMC DATE

1  WHEREAS, the Parties received notice on February 20, 2008 that the Case Management
2  Conference scheduled for February 26, 2008 was continued to March 7, 2008 due to the
3  reassignment of the case to Hon. Charles R. Breyer;
4  WHEREAS, Defendant S.Com, Inc.'s counsel will be unavailable on March 7, 2008 due
5  to a prepaid vacation;
6  WHEREAS, counsel for all parties are available on Friday, March 14, 2008 for the Case
7  Management Conference; and
8  WHEREAS, the Parties have timely submitted their Joint Case Management Statement on
9  February 29, 2008.
10 NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
11 STIPULATE and AGREE that the Case Management Conference currently scheduled for Friday,
12 March 7, 2008 shall be continued to Friday, March 14, 2008.

14 Dated: 3/2/08

O'DELL & O'DELL

s/James R. O'Dell
By:   James R. O'Dell, Esq.
      Attorneys for Plaintiff

18 Dated: 3/4/08

MORGAN, LEWIS & BOCKIUS LLP

s/Cecily A. Waterman
By:   Cecily A. Waterman, Esq.
      Attorney for Defendant TruePosition, Inc.

22 Dated:

SCHNADER, HARRISON, SEGAL & LEWIS LLP

s/Stephen Dye
By:   Stephen Dye, Esq.
      Attorney for Defendant S.Com, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7672280.1

2

STIP. AND [PROP.] ORDER RE: CMC DATE)

1  WHEREAS, the Parties received notice on February 20, 2008 that the Case Management
2  Conference scheduled for February 26, 2008 was continued to March 7, 2008 due to the
3  reassignment of the case to Hon. Charles R. Breyer;
4  WHEREAS, Defendant S.Com, Inc.'s counsel will be unavailable on March 7, 2008 due
5  to a prepaid vacation;
6  WHEREAS, counsel for all parties are available on Friday, March 14, 2008 for the Case
7  Management Conference; and
8  WHEREAS, the Parties have timely submitted their Joint Case Management Statement on
9  February 29, 2008.
10  NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
11  STIPULATE and AGREE that the Case Management Conference currently scheduled for Friday,
12  March 7, 2008 shall be continued to Friday, March 14, 2008.

14  Dated:                                   O'DELL & O'DELL

16                                           s/James R. O'Dell
                                             By:    James R. O'Dell, Esq.
                                                    Attorneys for Plaintiff

18  Dated:                                   MORGAN, LEWIS & BOCKIUS LLP

20                                           s/Cecily A. Waterman
                                             By:    Cecily A. Waterman, Esq.
                                                    Attorney for Defendant TruePosition, Inc.

22  Dated: *March 3, 2008*                   SCHNADER, HARRISON, SEGAL & LEWIS LLP

24                                           s/Stephen Dye
                                             By:    Stephen Dye, Esq.
                                                    Attorney for Defendant S.Com, Inc.

1
2   IT IS SO ORDERED. The Case Management Conference in this matter shall be
3   continued to Friday, March 14, 2008
4
5   Dated: March __05__, 2008

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7672280.1

3

STIP. AND [PROP.] ORDER RE: CMC DATE)