**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 14, 2008**

**C-07-05899** CRB

**GLADYS GUTIERREZ  v.  TRUE POSITION INC**

| Attorneys: | James O'Dell | Cecily Waterman |
|---|---|---|
| | | Stephen Dye |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Not Reported**

**PROCEEDINGS:**                                                                 **RULING:**

1. Case Management Conference    -    Held

2. 

3. 

**ORDERED AFTER HEARING:**

The Court allows additional deposition.  Parties request 90 day continuance to complete private mediation

(  ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

(  ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO June 20, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes:  Counsel advise the court that this matter is in the process of settling