1  VALERIE TOOHEY O'DELL (SBN 101999)
   JAMES R. O'DELL (SBN 181397)
2  O'DELL & O'DELL, LLP
   887 Island Drive, Suite 220C
3  Alameda, CA 94502
   Tel: 510.814.3785
4  Fax: 510.814.3795

5
   Attorneys for Plaintiff
6  GLADYS GUTIERREZ

7

8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11  GLADYS GUTIERREZ,                  No.  C 07 05899 CRB

12       Plaintiff,

13  v.

14  TRUE POSITION et al.,              **NOTICE OF SETTLEMENT**

15       Defendants.

16

17  _

18

19       Counsel for Plaintiff Gladys Gutierrez  hereby notifies the Court that the parties have reached a

20  settlement of this case.

21

22  June 3, 2008                        s/ James R. O'Dell

23

24

25

26

27

28

Notice of Settlement  –  C 07 - 05899 CRB                                              1